WARREN FOUNDRY AND PIPE CORPORATION, Respondent, v. VILLAGE OF OSSINING and Others, Defendants, and SAMUEL D. HOFFMAN, Doing Business under the Trade Name and Style of COLUMBIA CONTRACTING COMPANY, Appellant.— Order in so far as it consolidates actions and changes venue affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur. [146 Misc. 323.]

WESTCHESTER HOUSING CORPORATION, Appellant, v. GRAMATAN IMPROVEMENT COMPANY, Respondent.— Order denying plaintiff's motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. Assuming, without deciding, that the notes which the plaintiff negotiated with the defendant are void, the plaintiff may not have the relief it seeks. The defendant is not invoking the court's aid. The plaintiff does invoke the court's aid in a transaction which, it asserts, was illegal and resulted in two void notes. In such a situation the courts will not aid either party in enforcing the contract or in setting it aside, or in recovering back what has passed between them. ( *N. Y. State Loan & Trust Co.* v. *Helmer*, 77 N. Y. 64, 72.) If a court of equity did deem the situation to be one where one party should be aided, a condition precedent to the granting of such aid would be the doing of equity by the one who seeks equity. This would require, in the case at bar, that the plaintiff tender back the proceeds of the alleged discounting transaction. This it does not claim to have done, nor does it now offer to do it. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

MARGARET WITTEMANN, Respondent, v. HAROLD E. WITTEMANN, Appellant.— Order in so far as it denies defendant's motion to be released from the New York county jail pursuant to the provisions of section 775 of the Judiciary Law affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

ANNIE ZWERDLING, Respondent, v. KARFEL BUILDING CORPORATION, Defendant, Impleaded with HARRY LEFRAK and SAMUEL SINGER, Appellants.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

SOLOMON S. ZWERDLING and TOBIAS ZWERDLING, Respondents, v. HAMMAN BUILDING CORPORATION and Others, Appellants.— Order and judgment reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. There was an issue of fact to be tried on the question of the release of the guarantors. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of the Application of HENRY J. KLEIN for Admission to the Bar. (From the State of Connecticut.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

In the Matter of the Application of JOHN GEORGE O'DONOGHUE for Admission to the Bar. (From the Province of Ontario, Dominion of Canada.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

In the Matter of the Application of HORACE G. PENDER for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

In the Matter of the Application of LEGRAND WINFIELD PERCE for Admission to the Bar. (From the State of Delaware.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.